IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RONALD BLACK,

    Plaintiff,

vs.

NORFOLK SOUTHERN RAILWAY COMPANY, HARRY POOLE, CHARLES VANDERFORD, and THE ESTATE OF BEAU PATRICK THOMAS,

    Defendants.

Case No: 2:21-cv-02702-SHL-atc

Jury Demanded

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, by and through the undersigned counsel hereby give notice that the above-styled action is voluntarily dismissed, without prejudice against the Defendants.

Respectfully submitted this 10th day of November, 2021

        /s/ Larry "Jimmy" Peters
        Larry Jimmy Peters, Esq. (#37889)
        Email: Jpeters@schwedlawfirm.com
        Attorney for Plaintiff
        Schwed, Adams & McGinley, P.A.
        88 Union Center
        88 Union Avenue
        11th Floor, Suite 1100
        Memphis, Tennessee 38103
        Telephone: (901) 313-3411
        Facsimile: (901) 577-1400

Case No.: 21CV61
Page 2 of 2

## CERTIFICATE OF SERVICE

    I, Larry Jimmy Peters, do hereby certify that a true and correct copy of the foregoing was sent for service on this the 10th day of November, 2021, to: Brandon E. Bass, Law Offices of John Day, P.C., 7573, 5141 Virginia Way #270, Brentwood, TN 37027, bbass@johndaylegal.com.

                                                                                          /s/ Larry "Jimmy" Peters_____
                                                                                       Larry Jimmy Peters, Esq.